Albert D. Tramer, Trustee *v.* Shapley Schools, Inc., et al.

King, C. J., Alcorn, House, Thim and Ryan, Js.

Argued December 5—decided December 5, 1968

*Harry Cohen,* for the appellant (named defendant).

*Albert H. Hornig,* with whom was *Romeo G. Petroni,* for the appellee (plaintiff).

*Robert Fain* and *Richard A. Silver,* filed a brief but did not argue the cause for David Paul, purchaser at the judicial sale.

Per Curiam. We find no abuse of discretion or error of law. General Statutes § 49-25; *Raymond* v. *Gilman,* 111 Conn. 605, 612, 151 A. 248.

There is no error.